TIMOTHY P. CRUDO (State Bar No. 143835)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-tpc@cpdb.com

Attorneys for Defendant Christian Keller

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN KELLER,<br><br>Defendant. | Case No. C-15-551<br><br>[PROPOSED] ORDER GRANTING AS MODIFIED DEFENDANT'S ADMINISTRATIVE MOTION TO SHORTEN TIME PURSUANT TO LOCAL RULES 7-11 AND 6-3 AND INSTRUCTING DEFENDANT TO SERVE COPY OF ORDER ON AUSA ADAM REEVES |

IT IS HEREBY ORDERED THAT Defendant's Motion to Shorten Time Pursuant To Local Rules 7-11 AND 6-3 is **GRANTED**. The hearing on Defendant's Motion to Amend Judgment Pursuant to F.R.C.P. 60 is scheduled for **Friday, July 22, 2016 at 9:00 a.m.** Any Opposition to Defendant's Motion shall be filed on or before ~~Monday, July 18, 2016.~~ 4:00 P.M. on July 19, 2016. Defendant may file a reply by no later than 11:00 a.m. on July 20, 2016. Defendant is further ordered to serve a copy of this Order on AUSA Adam Reeves.

DATED:
    July 15, 2016

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

15733.001 3495015v5                           1                           15-cr-00551- JSW