UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN GRAY, et al.,<br><br>        Defendants. | Case No. 15-cv-00551-JSW<br><br>**NOTICE OF QUESTIONS FOR HEARING**<br><br>Re: Dkt. No. 27 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON July 22, 2016, AT 9:00 a.m.:

The Court has reviewed the parties' briefs and, thus, does not wish to hear the parties reargue matters addressed in those briefs. The parties shall not file written responses to this Notice of Questions for hearing. If the parties intend to rely on legal authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies of those authorities available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, with pin cites but without argument or additional briefing. Cf. N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The Court does not wish to hear further argument on the issue of whether this controversy is ripe or whether the motion was made within a reasonable time.

1. Does the SEC take the position that, since this was a Consent Judgment, the Court has no power to modify the judgment to reduce the amount of civil penalties

imposed?

2. Is it the SEC's position that, whether or not the Court orders restitution, it should not amend the judgment in this case? That is, if the Court were to order restitution, is it possible that the SEC would consider a stipulated modification to the Consent Judgment to reduce the civil penalty imposed?

3. What is the SEC's position on putting the disputed amount in escrow or the Court's registry until the issue of restitution is resolved?

**IT IS SO ORDERED.**

Dated: July 20, 2016

_____
JEFFREY S. WHITE
United States District Judge

2