TIMOTHY P. CRUDO (State Bar No. 143835)
ANDREW SCHALKWYK (State Bar No. 287170)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-tpc@cpdb.com
        ef-aps@cpdb.com

Attorneys for Defendant
CHRISTIAN KELLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN GRAY, CHRISTIAN KELLER, KYLE MARTIN, and AARON SHEPARD,<br><br>Defendants. | Case No. C-15-00551 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO AMEND JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60**<br><br>Judge: Hon. Jeffrey S. White<br>Current Hearing Date: July 22, 2016<br>Crtrm.: 5, 2nd Floor |

WHEREAS, hearing on Defendant Christian Keller's Motion to Amend Judgment Pursuant to Federal Rule of Civil Procedure 60 ("Motion to Amend Judgment") is currently scheduled on shortened time for Friday, July 22, 2016;

WHEREAS, hearing in the parallel criminal case, *United States v. Keller*, Case No. 15-cr-00428-JSW-1, on the restitution claim filed by Rovi Corporation is currently scheduled for September 20, 2016;

/ / / / /
/ / / / /

WHEREAS, the Court's ruling on the question of restitution in the parallel criminal case could obviate the need to decide the Motion to Amend Judgment;

WHEREAS, the parties believe that it would promote efficiency and economy of the parties and the Court and would further the interests of justice for the Court to continue hearing on the Motion to Amend Judgment to a date after the Court has ruled on the question of restitution in the parallel criminal case;

WHEREAS, the Securities and Exchange Commission agrees to hold $144,101.05 of any proceeds it receives from the sale of Mr. Keller's home in a separate account pending a decision in the parallel criminal case regarding Rovi's restitution claim and resolution of the Motion to Amend Judgment, and;

WHEREAS, Mr. Keller agrees that, if he is not ordered to pay restitution to the Rovi Corporation in the parallel criminal case, he will withdraw his pending Motion to Amend Judgment in its entirety.

THEREFORE, Mr. Keller and the Securities and Exchange Commission, through their respective counsel of record, hereby stipulate and move this Court to vacate hearing on the Motion to Amend Judgment currently set for July 22, 2016, such motion to be reset for hearing upon proper notice. Within 10 days of the filing of the Court's decision in the parallel criminal case

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

regarding Rovi's restitution claim, Mr. Keller will withdraw the Motion to Amend Judgment or the parties will file a notice resetting a hearing date on that motion.

SO STIPULATED.

Dated: July 20, 2016                    COBLENTZ PATCH DUFFY & BASS LLP

/s/ Timothy P. Crudo
TIMOTHY P. CRUDO
Attorney for Christian Keller


/s/ Carol E. Schultze
CAROL E. SCHULTZE
Attorney for Securities and Exchange Commission

Good causing having been shown, hearing on Defendant Christian Keller's Motion to Amend Judgment Pursuant to Federal Rule of Civil Procedure 60, currently scheduled for July 22, 2016, is hereby vacated, such motion to be reset for hearing upon proper notice. Within 10 days of the filing of the Court's decision in the parallel criminal case regarding Rovi's restitution claim, Mr. Keller will withdraw the Motion to Amend Judgment or the parties will file a notice resetting a hearing date on that motion.

IT IS SO ORDERED.

Dated: July 21, 2016

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE