TIMOTHY P. CRUDO (State Bar No. 143835)
ANDREW SCHALKWYK (State Bar No. 287170)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California  94104-5500
Telephone:   415.391.4800
Facsimile:    415.989.1663
Email:        ef-tpc@cpdb.com
              ef-aps@cpdb.com

Attorneys for Defendant
CHRISTIAN KELLER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHN GRAY, CHRISTIAN KELLER, KYLE MARTIN, and AARON SHEPARD,<br><br>        Defendants. | Case No. C-15-00551 JSW<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO AMEND JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60**<br><br>Judge:    Hon. Jeffrey S. White<br>Current Hearing Date: None<br>Crtrm.:   5, 2nd Floor |

Defendant Christian Keller previously filed a Motion to Amend Judgment Pursuant to Federal Rule of Civil Procedure 60 ("Motion to Amend Judgment") in this matter on July 14, 2016.  Pursuant to a Stipulated Order entered on July 20, 2016, hearing on that motion was vacated pending the Court's decision in *United States v. Keller*, Case No. 15-cr-00428-JSW-1 regarding Rovi's restitution claim.  The Court having denied Rovi's restitution claim and declined

/ / / / /

/ / / / /

/ / / / /

/ / / / /

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

1   to impose restitution as part of Mr. Keller's criminal sentence, Mr. Keller hereby withdraws the

2   Motion to Amend Judgment.

3

4   Dated:  September 20, 2016                COBLENTZ PATCH DUFFY & BASS LLP

5

6                                            ____/s/ Timothy P. Crudo_____
                                             TIMOTHY P. CRUDO
7                                            Attorneys for Christian Keller

One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Coblentz Patch Duffy & Bass LLP

**NOTICE OF WITHDRAWAL OF MOTION TO AMEND JUDGMENT**